IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| THE TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND, DELINQUENCY COMMITTEE OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND, | ) ) ) ) ) ) ) | |
| | ) | Civ. No. 09-0184-S-BLW |
| Plaintiff, | ) ) ) | |
| | ) | MEMORANDUM DECISION |
| v. | ) ) ) | |
| CRAFT ELECTRIC COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The Court has before it the Trustees' motion for attorney fees under 29 U.S.C. § 1132. That statute allows an award of fees and costs to a fiduciary who prevails in an action to recover payments due to a pension plan. There is no dispute that the Trustees are entitled to fees and costs under this statute; defendant Craft simply disputes two line items on the billing sheets.

Craft disputes the 10 minutes spent by plaintiffs' counsel reviewing the Court's Memorandum Decision and Judgment, and the one-an-a-half hours

preparing a reply to Craft's sur-reply brief. The latter was a legitimate response to Craft's briefing while the former was a necessary predicate to counsels' advice.

The Ninth Circuit has laid out the standards governing an award of fees in pension cases in *Trustees of Const. Industry Laborers Health and Welfare Trust v. Redland Insurance Company*, 460 F.3d 1253 (9th Cir. 2006). The request by the Trustees for $20,553.50 meets the standards set out in the *Trustees* case.

The Court will prepare a separate Judgment as required by Rule 58.

DATED: **May 24, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge